11-2465  David Stebbins v. University of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/01/2011

**Case Name:**  David Stebbins v. University of Arkansas, et al
**Case Number:**  11-2465

**Docket Text:**
**BRIEF FILED** - SUPPLEMENTAL/LETTER BRIEF filed by Appellant Mr. David Anthony Stebbins.. w/service 08/01/2011 ,. pages Paper briefs from David Anthony Stebbins due 08/08/2011. [3813424] [11-2465]

**The following document(s) are associated with this transaction:**
Document Description:  apet supplemental brief

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Thomas Scott Varady: svarady@uark.edu, harriman@uark.edu