IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**DAVID STEBBINS**                                                                                  **APPELLANT**

v.                                      **Case No. 11-2465**

**UNIVERSITY OF ARKANSAS;**
**OFFICE OF THE CHANCELLOR**                                                   **APPELLEES**

## MOTION FOR EXTENSION OF TIME

Appellees University of Arkansas and G. David Gearhart, in his official capacity as Chancellor of the University of Arkansas, Fayetteville ("Appellees"), acting through their undersigned counsel, submit this Motion for Extension of Time pursuant to Fed. R. App. P. 26(b) and 8th Cir. R. 27A(a)(2) for the following reasons:

1. Appellees' Brief in response to Appellant's opening Brief is currently due on Wednesday, August 10, 2011. This Motion, therefore, is timely filed.

2. On August 1, 2011, Appellant filed a Supplemental Brief in addition to his opening Brief.

3. Appellee's counsel needs additional time to file Appellees' Brief due to counsel's pre-existing travel schedule, previously scheduled legal matters, and to respond to the new arguments presented in Appellant's Supplemental Brief.

4. Appellees respectfully request a seven-day extension of time to and including Wednesday, August 17, 2011, to file their Brief in response to Appellant's opening Brief and Supplemental Brief.

5. This Motion is made in good faith and not for the purpose of unnecessary delay.

WHEREFORE, Appellees respectfully pray that this Motion be granted and that the deadline for filing their Brief be extended to and including August 17, 2011.

1

Respectfully submitted,

By: /s/ T. Scott Varady
T. SCOTT VARADY
Associate General Counsel
Arkansas Bar No. 93172
E-mail: svarady@uark.edu
WILLIAM R. KINCAID
Associate General Counsel
Ark. Bar No. 93125
E-mail: wkincaid@uark.edu
TAMLA J. LEWIS
Associate General Counsel
Ark. Bar No. 2005237
E-mail: tjlewis@uark.edu
University of Arkansas
421 Administration Building
Fayetteville, AR 72701
Phone: 479-575-5401

and

JEFFREY A. BELL
Senior Associate General Counsel
Arkansas Bar No. 77009
University of Arkansas
2404 N. University Avenue
Little Rock, AR 72207
(501) 686-2520
E-mail: jbell@uasys.edu

COUNSEL FOR THE UNIVERSITY OF
ARKANSAS AND G. DAVID
GEARHART, IN HIS OFFICIAL
CAPACITY AS CHANCELLOR OF THE
UNIVERSITY OF ARKANSAS,
FAYETTEVILLE

## **CERTIFICATE OF SERVICE**

      I certify that on this 4th day of August, 2011, I caused a copy of foregoing Motion for Extension of Time to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

        David Stebbins
        1407 N. Spring Rd.
        Apt. #5
        Harrison, AR 72601


        /s/ T. Scott Varady
        T. Scott Varady
        Associate General Counsel

3

Appellate Case: 11-2465    Page: 3    Date Filed: 08/04/2011 Entry ID: 3814880