# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 11-2465

---

| | |
|---|---|
| **David Stebbins** )<br>  Appellant )<br> )<br> v. )<br> )<br> **University of Arkansas & G. Dave Gearhart,** )<br> **in his official capacity as Chancellor of the** )<br> **University of Arkansas** )<br>  Appellees ) | **On Appeal from the United States**<br>**District Court for the Western**<br>**District of Arkansas** |

### OBJECTION TO MOTION FOR EXTENSION OF TIME TO FILE

Comes now *pro se* Appellant David Stebbins, who respectfully submits the following objection to the Appellees' motion for extension of time to file.

I am not wholly opposed to giving the Appellees the maximum 30 days they are normally entitled to respond to everything. However, I *am* opposed to giving them additional time to respond to the existing arguments.

As far as I understand, they are not forbidden from filing two response briefs. After all, if I can file two briefs, why can't they?

I would gladly let them take their time in responding to my supplemental brief, but my original brief should be responded to within the original deadline.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2465

_____

| | |
|---|---|
| **David Stebbins** )<br>  **Appellant** )<br>)<br>v. )<br>)<br>**University of Arkansas & G. Dave Gearhart,** )<br>**in his official capacity as Chancellor of the** )<br>**University of Arkansas** )<br>  **Appellees** )<br>) | **On Appeal from the United States**<br>**District Court for the Western**<br>**District of Arkansas** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of my Appellant Brief was served on Appellees by allowing them to view the notice of docket activity on ECF, pursuant to 8th Circuit Rule 25B, on the 4th day of August, 2011.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com
