# CERTIFICATE OF SERVICE

I, T. Scott Varady, Associate General Counsel, do hereby certify that I have caused a copy of the foregoing Appellees' Brief to be served via U.S. First-Class Mail on this 17th day of August, 2011 on Appellant David Stebbins as follows:

David A. Stebbins
1407 North Spring Rd.
Apt. 5
Harrison, AR

By: /s/ T. Scott Varady
T. Scott Varady
Associate General Counsel