11-2465  David Stebbins v. University of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/17/2011

**Case Name:** David Stebbins v. University of Arkansas, et al
**Case Number:** 11-2465

**Docket Text:**
**BRIEF FILED** - APPELLEE BRIEF filed by Office of the Chancellor and University of Arkansas, w/service 08/17/2011 37 PDF pages,. 5117 words. Paper briefs from Office of the Chancellor and University of Arkansas due 08/22/2011.. Reply brief of David Anthony Stebbins due on 08/31/2011. [3819283] [11-2465]

**The following document(s) are associated with this transaction:**
Document Description:  appellee brief

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Thomas Scott Varady: svarady@uark.edu, harriman@uark.edu