# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 11-2465

---

| | |
|---|---|
| **David Stebbins** ) | |
|     **Appellant** ) | |
| ) | |
| v. ) | **On Appeal from the United States** |
| ) | **District Court for the Western** |
| **University of Arkansas & G. Dave Gearhart,** ) | **District of Arkansas** |
| **in his official capacity as Chancellor of the** ) | |
| **University of Arkansas** ) | |
|     **Appellees** ) | |

## SUPPLEMENT TO REPLY BRIEFING

Comes now *pro se* Appellant David Stebbins, who respectfully submits the following supplement to my briefing.

I am sure that this court is growing weary of my repeated supplements. Trust me, I am willing to let Appellees provide responses, if they wish to. Besides, in this supplement, all I am doing is citing new case law that I recently discovered that directly helps me in one of my issues. I beg for your patience, as I am only *pro se* and I am playing this by ear. See Haines v. Kerner, 404 U.S. 519 (1972), (holding that pro se filings are to be held to less stringent standards than those drafted by attorneys). Besides, I am still within the original 14-day time limit, am I not? And, furthermore, it is my arbitration award's confirmation that is being postponed.

That being said, I cite the case of MBNA America Bank, N.A. v. Boyce, No. 04-1733, 2006 WL 2265297 (Iowa App. Aug. 09, 2006), where the Iowa Court of Appeals held, point blank, that a motion to confirm an arbitration award cannot be denied sua sponte, even when there is a *sua sponte* finding that there is no arbitration agreement!

Iowa is located in the 8th Circuit. As a result, it *would* bind this court, via the Erie Doctrine, if this case were in Iowa. Out of respect for the concept of *stare decisis*, this court should adopt this precedent.

Besides, it is not like the University of Arkansas will completely loose; they will still have the chance to move to vacate, and the 8th Circuit can then decide whether or not the three-month time limit applies, even in the face of the nonexistence of an arbitration agreement.

Respectfully submitted,

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of my Supplement to Brief was served on Appellees by allowing them to view the notice of docket activity on ECF, pursuant to 8th Circuit Rule 25B.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com
