# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-2465

David Anthony Stebbins

Appellant

v.

University of Arkansas and Office of the Chancellor

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)
_____

**ORDER**

Appellant has submitted a third supplemental reply brief. The clerk will file this supplemental brief, but no further briefs will be permitted.

September 01, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans