# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2465

_____

| | |
|---|---|
| **David Stebbins** ) | |
|     **Appellant** ) | |
| ) | |
| v. ) | **On Appeal from the United States** |
| ) | **District Court for the Western** |
| **University of Arkansas & G. Dave Gearhart,** ) | **District of Arkansas** |
| **in his official capacity as Chancellor of the** ) | |
| **University of Arkansas** ) | |
|     **Appellees** ) | |

## NOTICE OF ADDRESS CHANGE

I, *pro se* Plaintiff David Stebbins, now have the name and address that appears at this signature:

*David S Stebbins*

David Stebbins
8527 Hopewell Rd.,
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2465

_____

| | |
|---|---|
| **David Stebbins** ) | |
|     **Appellant** ) | |
| ) | |
| v. ) | **On Appeal from the United States** |
| ) | **District Court for the Western** |
| **University of Arkansas & G. Dave Gearhart,** ) | **District of Arkansas** |
| **in his official capacity as Chancellor of the** ) | |
| **University of Arkansas** ) | |
|     **Appellees** ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of my Additional Supplement to Notice of Address Change was served on Appellees by allowing them to view the notice of docket activity on ECF, pursuant to 8th Circuit Rule 25B.

_David S. Stebbins_
David Stebbins
8527 Hopewell Rd.,
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com
