United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 11-2465
_____

| | |
|---|---|
| David Anthony Stebbins, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the Western |
| | * District of Arkansas. |
| University of Arkansas; | * |
| Office of the Chancellor, | * [UNPUBLISHED] |
| | * |
| Appellees. | * |

_____

Submitted: October 25, 2011
Filed: November 10, 2011
_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

     David Anthony Stebbins appeals the district court's[1] orders denying his motion to confirm an arbitration award, and his related motion for reconsideration. The instant appeal is untimely as Stebbins's notice of appeal was not filed within thirty days after the order appealed from was entered. See Fed. R. App. P. 4(a)(1)(A); Dieser v. Cont'l Cas. Co., 440 F.3d 920, 923 (8th Cir. 2006) (timely notice of appeal

---

     [1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

Appellate Case: 11-2465     Page: 1     Date Filed: 11/10/2011 Entry ID: 3848111

is mandatory and jurisdictional). The appeal is dismissed for lack of jurisdiction. <u>See</u> 8th Cir. R. 47B.

_____

Appellate Case: 11-2465     Page: 2     Date Filed: 11/10/2011 Entry ID: 3848111